UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

KEVIN J. HALFADAY,

          Defendant.

_____/

HON. R. ALLAN EDGAR

Case No. 2:08-cr-21

### **ORDER OF DETENTION**

Defendant appeared before the undersigned on December 5, 2011, on a warrant of arrest issued for alleged violations of defendant's conditions of supervised release.  Defendant indicated to the court that he waived his right to a preliminary hearing and his right to appear before a district judge.   A recommendation for detention pending further proceedings was received by the court.  The government indicated it concurred with probation's recommendation; defense counsel indicated that defendant took no position with regard to detention.  Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings, with defendant reserving the right to request a detention hearing at a later date.

          IT IS SO ORDERED.

Date:  December 6, 2011

                     /s/ Timothy P. Greeley
                    TIMOTHY P. GREELEY
                    United States Magistrate Judge